Rose Moak, Landlord, Appellant, *v.* Milton Mehlman, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, December 13, 1945.

*Samuel Roth* for appellant.
*Abraham Solomon* for respondent.

MEMORANDUM *Per Curiam.* Under the facts presented in this case, a fair interpretation of the landlord's use, would include that of the daughter. It was error, therefore, for the court to dismiss the petition at the end of the landlord's case.

The final order should be unanimously reversed, upon the law, and new trial granted, with $30 costs to the landlord to abide the event.

MACCRATE, SMITH and STEINBRINK, JJ., concur.

Order reversed, etc.